WILL OF LOEWENBACH: LOEWENBACH, Contestant and Appellant, vs. LOEWENBACH and others, Respondents.

For the appellant: *Hugo J. Trost* and *Clarence P. Nett,* both of Milwaukee.

For the respondents: *McGovern, Curtis & Devos* of Milwaukee.

*By the Court.*—Judgment affirmed.

BAHRKE, Appellant, vs. INDUSTRIAL COMMISSION and MILWAUKEE STRUCTURAL STEEL COMPANY and another, Respondents.

For the appellant: *Olin & Butler* of Madison.

For the respondent Industrial Commission: The *Attorney General* and *Mortimer Levitan,* assistant attorney general.

For the Milwaukee Structural Steel Company *et al.*: *Quarles, Spence & Quarles,* attorneys, and *Arthur B. Doe* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

*January 9, 1934.*

CLARKIN, Respondent, vs. SEAMAN, Appellant.

For the appellant: *Sanborn, Blake & Aberg* and *Ernest H. Pett,* all of Madison.

For the respondent: *Darrell MacIntyre,* attorney, and *Lester C. Lee* of counsel, both of Madison.

*By the Court.*—Judgment affirmed.